

# NUMBER 13-14-00052-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ROBERT MICHELENA

## On Petition for Writ of Mandamus
## and Motion for Temporary Relief.

## ORDER

### Before Justices Rodriguez, Garza, and Perkes
### Per Curiam Order

Relator, Robert Michelena, filed a petition for writ of mandamus and motion for temporary relief in the above cause on January 23, 2014. The Court, having examined and fully considered the motion for temporary relief, is of the opinion that it should be CARRIED WITH THE CASE pending further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court requests that Monica Michelena, the real party in interest, file a response to the petition for writ of mandamus in the offices of the

Court on or before the expiration of the business day on January 31, 2014.  *See id.* R.

52.4, 52.8.

    IT IS SO ORDERED.

                                              PER CURIAM

Delivered and filed the
24th day of January, 2014.